# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR204 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANTHONY P. PURDY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on motion of the government for an extension of time in which to file a response to defendant Anthony P. Purdy's motion to suppress (Filing No. 16). Government's counsel represents that defense counsel has no objection to the request. For good cause shown, the motion for an extension of time (Filing No. 16) is granted. The government shall have to **on or before August 8. 2005**, in which to file a response to defendant's motion to suppress.

**IT IS SO ORDERED.**

DATED this 27th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge