# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CR204** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANTHONY PURDY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant Anthony Purdy's (Purdy) motion for a temporary release from custody and request to file the motion under seal (Filing No. 41 - Sealed). The request to file under seal is granted. The motion for release from custody is denied. However, Purdy shall be allowed an in custody visit described in the motion accompanied by Deputy U.S. Marshals under such conditions and requirements as directed by the U.S. Marshal for the District of Nebraska whereupon Purdy shall be returned to the correctional facility where he is being detained pending trial.

**IT IS SO ORDERED.**

DATED this 20th day of September, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge