# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CR204** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANTHONY P. PURDY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on motion of defendant Anthony P. Purdy (Purdy) to review detention (Filing No. 43). Purdy seeks release to live with his grandmother and be placed on electronic monitoring. The motion will be denied. Purdy has a significant criminal history to include several prior felonies. He has a substance abuse history. He has a history of noncompliance with previous orders of pretrial supervision, probation, and parole provisions. The conditions proposed by the defendant do not reasonably assure the presence of the Purdy for further proceedings or the safety of the community.

**IT IS ORDERED:**

Purdy's motion to review detention (Filing No. 43) is denied.

DATED this 18th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge