US DISTRICT COURT
DISTRICT OF NEBRASKA

JAN 25 2006

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR204 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | TEMPORARY RELEASE |
| ANTHONY PURDY, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's motion to review detention, Filing No. 64, for a period of four hours to visit his grandfather at St. Joseph Villa Hospice in Omaha, Nebraska. The defendant's motion is granted. Accordingly,

IT IS ORDERED:

The defendant is released to the Federal Public Defender's Office for noncustodial transportation to St. Joseph Villa Hospice on Thursday, January 26, 2006 from 9:00 a.m. to 12:00 p.m.

DATED this 25th day of January, 2006.

BY THE COURT:

JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE

UNDER THE PENALTY OF PERJURY, THE DEFENDANT ANTHONY PURDY AGREES TO THE ABOVE TERMS AND CONDITIONS.

Anthony Purdy

Shannon O'Connor, Attorney for Defendant