FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JAN 3 1 2006

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 8:05CR204 |
| Plaintiff, ) | |
| v. ) | ORDER FOR |
| ) | TEMPORARY RELEASE |
| ANTHONY PURDY, ) | |
| Defendant. ) | |

Before the court is defendant's oral motion to review detention, for a period of three hours to visit his grandfather at St. Joseph Villa Hospice in Omaha, Nebraska. The defendant's motion is granted. Accordingly,

IT IS ORDERED:

The defendant is released to the Federal Public Defender's Office for noncustodial transportation to St. Joseph Villa Hospice on Wednesday, February 1, 2006 from 9:00 a.m. to 12:00 p.m.

DATED this 31st day of January, 2006.

BY THE COURT:

_____
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE

UNDER THE PENALTY OF PERJURY, THE DEFENDANT ANTHONY PURDY AGREES TO THE ABOVE TERMS AND CONDITIONS.

_____
Anthony Purdy

_____
Shannon O'Connor, Attorney for Defendant