IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY PURDY,<br><br>Defendant. | CASE NO. 8:05CR204<br><br>**ORDER FOR TEMPORARY RELEASE** |

Before the court is defendant's oral motion to review detention, for a period of three hours to visit his grandfather at St. Joseph Villa Hospice in Omaha, Nebraska. The defendant's motion is granted. Accordingly,

IT IS ORDERED:

The defendant is released to the Federal Public Defender's Office for noncustodial transportation to St. Joseph Villa Hospice on Wednesday, March 8, 2006 from 9:00 a.m. to 12:00 p.m.

DATED this 7th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON, Chief Judge
UNITED STATES DISTRICT COURT