IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES AMERICA,                    )
                                          )
                    Plaintiff,            )              8:05CR204
                                          )
          v.                              )
                                          )
ANTHONY P.  PURDY,                        )                ORDER
                                          )
                    Defendant.            )
                                          )

　　　　This matter is before the court on the government's Motion for Extension of Time to File Response (Filing No. 106).  The government asks that, in order to allow it time to gather the evidentiary materials needed to support its response, this court extend the government's time to respond to defendant's § 2255 motion from March 5, 2007 to March 19, 2007.  The motion is granted.

　　　　IT IS ORDERED:

　　　　1.　　That by March 19, 2007 the United States shall answer or otherwise respond to the defendant's § 2255 motion and shall file an accompanying brief; and

　　　　2.　　That by April 19, 2007 the defendant may file a reply brief.

　　　　DATED this 8th day of March, 2007.

                              BY THE COURT:


                              s/Joseph F. Bataillon
                              Chief United States District Judge