## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR204** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **ANTHONY P. PURDY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the plaintiff and against the defendant.

DATED this 18th day of December, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge