IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR204 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANTHONY PURDY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the joint motion for a mental evaluation of the defendant Anthony Purdy (Purdy) (Filing No. 133). The parties seek to have Purdy evaluated as to any mental health needs if continued on supervised release. The motion is granted to the extent that counsel for Purdy and the government shall agree upon a local mental health specialist and forthwith provide a CJA voucher to the undersigned magistrate judge for approval. The court finds that a commitment to the Bureau of Prisons for an evaluation pursuant to 18 U.S.C. § 3553 or a competency examination pursuant to 18 U.S.C. § 4241 is not warranted at this time.

**IT IS SO ORDERED.**

DATED this 6th day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge