# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR204** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANTHONY PURDY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Deborah A. Sanwick to withdraw as counsel for the defendant, Anthony Purdy (Purdy) (Filing No. 135). The court finds the motion should be granted.

**IT IS ORDERED:**

1. Ms. Sanwick's motion to withdraw (Filing No. 135) is granted.

2. The Federal Public Defender for the District of Nebraska is appointed to represent Purdy for the balance of these proceedings.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 14th day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge