IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05cr204 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY PURDY, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Anthony Purdy appeared before the court on September 12, 2008 on a Petition for Offender Under Supervision [120]. The defendant was represented by Assistant Federal Public Defender, Shannon O'Connor, and the United States was represented by Assistant U.S. Attorney Michael Wellman. The defendant admits allegations 3 and 5 of the petition. The government dismissed the remaining allegations. The defendant's oral motion to continue disposition to allow the defendant an opportunity to explore treatment options is granted.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:30 a.m., on October 17, 2008.** Defendant must be present in person.

2. Defendant is remanded to the custody of the United States Marshal pending further order of the court.

Dated this 12th day of September, 2008.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge