IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR204 |
| Plaintiff, | ) ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| ANTHONY PURDY, | ) ) | |
| Defendant. | ) | |

　　IT IS ORDERED that the Douglas County Correctional Center release the Defendant, Anthony Purdy, to an employee of the Federal Public Defender's Office for the District of Nebraska to transport him to the Campus for Hope for purposes of a substance abuse screening. Mr. Purdy shall be released on October 16, 2008 at 9:30 a.m. for his appointment at 10:00 a.m. and to return him immediately to the Douglas County Correctional Center.

　　DATED this 15th day of October, 2008.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　HON. JOSEPH F. BATAILLON, Chief Judge
　　　　　　　　　　　　　　　　United States District Court